**WO**

NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joao Cornelio, | No. CV-10-2023-PHX-GMS |
| Plaintiff, | |
| vs. | **ORDER** |
| Alfa Wasserman Diagnostic Technologies LLC, also named as Alfa Wasserman, | |
| Defendant. | |

Pending before the Court is Plaintiff's Motion to Appoint Pro Bono Counsel (Doc. 19). The Court will deny the motion for the following reasons.

There is no constitutional right to appointed counsel in a civil case. *See Ivey v. Bd. of Regents of Univ. of Alaska*, 673 F.2d 266, 269 (9th Cir. 1982). The Court, however, does have the discretion to appoint counsel in "exceptional circumstances." *See* 28 U.S.C. § 1915(e)(1); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986); *Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980). "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success on the merits and the ability of the petitioner to articulate his or her claim *pro se* in light of the complexity of the legal issues involved.'" *Wilborn*, 789 F.2d at 1331 (quoting *Weygant v. Look*, 718 F.2d 952, 954 (9th Cir. 1983)); *see Richards v. Harper*, 864 F.2d 85, 87 (9th Cir. 1988). "Neither of these factors is dispositive and both must be viewed together before reaching a decision on request of counsel" under section 1915(e)(1). *Wilborn*, 789 F.2d at 1331.

1  Having considered both factors, the Court finds that Plaintiff has not demonstrated a
2 likelihood of success on the merits or that any difficulty he is experiencing in attempting to
3 litigate his case is due to the complexity of the issues involved.  While Plaintiff has pointed
4 to financial difficulties that he is experiencing, such difficulties do not make his case
5 exceptional.  Accordingly, at the present time, this case does not present "exceptional
6 circumstances" requiring the appointment of counsel.  Therefore,

7  **IT IS HEREBY ORDERED** denying the Motion to Appoint Pro Bono Counsel
8 (Doc. 19).

9  DATED this 22nd day of November, 2010.

_____
G. Murray Snow
United States District Judge